No. 483. HART *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se.* *Solicitor General*

*Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

